**Allen FAIR, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 317, 2015**

Supreme Court of Delaware.

Submitted: September 11, 2015

Decided: November 9, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 1409020082

AFFIRMED.

**Mark SMOLKA, Defendant-Below, Appellant,**

v.

**STATE of Delaware, Plaintiff-Below, Appellee.**

**No. 500, 2014**

Supreme Court of Delaware.

Submitted: November 6, 2015

Decided: November 9, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 1308022148.

DISMISSED.

**Kyran JONES, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 115, 2015**

Supreme Court of Delaware.

Submitted: October 28, 2015

Decided: November 9, 2015

Revised: November 10, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County, Cr. ID. Nos. 1307021270A and 1308004537

AFFIRMED.